## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Carmelina Elizabeth Mendez Niz</u>**

v.                                    Case No. 26-cv-623-PB-AJ

**<u>Christopher Brackett, Superintendent,</u>**
**<u>Strafford County Department of Corrections, et al.</u>**

## <u>ORDER</u>

Carmelina Elizabeth Mendez Niz filed the instant petition for a writ of habeas corpus on July 31, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Mendez Niz's petition to the extent of affording her a bond hearing under 8 U.S.C. § 1226(a), based both on her apparent membership in the class certified in <u>Guerrero Orellana v. Moniz</u> and her similarity to the petitioner granted such relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 4 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Mendez Niz meets the criteria for membership in the <u>Guerrero Orellana</u> class and would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 7. While the government gestures to

certain arguments related to those authorities—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Mendez Niz's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Mendez Niz a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Mendez Niz's release during the pendency of her removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 11, 2026

cc:    Counsel of Record

2