**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Carmelina Elizabeth Mendez Niz**

v. Case No. 26-cv-623-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Carmelina Elizabeth Mendez Niz received the bond hearing she sought on August 18, 2026, see Doc. 10, I ordered Mendez Niz to show cause within seven days why her petition should not be dismissed. Doc. 11. Mendez Niz has not responded to that order to date, so her petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

Date: September 3, 2026

cc: Counsel of Record